# EXHIBIT B



## SPORTS BOTTLE

BPA-Free

8 reusable ice cubes

For cold beverages only

Double wall construction keeps your beverage cold longer

Do not microwave

Top shelf dishwasher safe



8 840432 13621 8

Gourmet Home Products
Made In China