# EXHIBIT C

Case 1:16-cv-00306-GMS   Document 1-4   Filed 04/26/16   Page 1 of 3 PageID #: 20



