UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - -
TERVIS TUMBLER COMPANY, INC.              :
                                          :
                              Plaintiff,  : Civil Action No.: 1:16-cv-00306-GMS
                                          :
        v.                                :
                                          :
TJX COMPANIES, INC.                       :
And GOURMET HOME PRODUCTS LLC.,           :
                                          : JURY TRIAL
                             Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - -

## CONSENT JUDGMENT AND PERMANENT INJUNCTION

WHEREAS, Plaintiff Tervis Tumbler Company, Inc. ("Tervis") brought this Civil Action against Defendants, TJX Companies, Inc. ("TJX" or "Defendant TJX") and Gourmet Home Products LLC ("GHP" or "Defendant GHP"") (TJX and GHP collectively "Defendants") alleging patent infringement against Plaintiff's U.S. Patent No. D669,310 in violation of 35 U.S.C. § 271;

WHEREAS, Tervis and GHP have settled the dispute that is the subject matter of this Action and have agreed to the disposition of this Action by entry of a judgment in the form set forth below;

NOW THEREFORE, subject to the approval of the Court, the parties, Tervis and GHP hereby CONSENT, APPROVE and AGREE to the entry of the following terms:

    1.    This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a) and has personal jurisdiction over the parties. Venue is proper in this district.

    2.    All claims in this case are dismissed with prejudice.

3. The term "accused product" shall mean a water or sports bottle called a "double-wall plastic tumbler" sold by Defendants, which is shown in the photographs attached as Exhibit B of the Complaint.

4. GHP has agreed that the '310 patent is valid and enforceable for any other or future cause of action in connection with the accused product.

5. GHP shall not dispute that the '310 is enforceable and valid as it relates to the accused product.

6. GHP shall destroy all remaining inventory of the accused product.

7. GHP, successors or assigns, their respective officers, agents, servants, employees, attorneys and any and all persons in active concert or participating with them who receive actual notice of this Order, by personal service or otherwise, are permanently restrained and enjoined from causing, aiding or abetting any of the following for the life of the '310 patent:

   a. Making, having made, using, selling, offering to sell, importing or distributing of the accused product, or any other product not substantially different from Plaintiff's '310 patent, unless specifically authorized in writing by Plaintiff.
   b. Otherwise infringing the '310 patent.

8. GHP is ordered to destroy all remaining inventory of the accused product within 30 days of the entry of this Order.

9. GHP is ordered to serve upon Tervis' counsel, within 30 days of entry of this Order, a report in writing and under oath, setting forth in detail the manner and form in which GHP has fully complied with the requirements of paragraph 7 above.

10. Tervis and GHP shall bear its own fees and costs associated with this action.

11. This Consent Judgment and Permanent Injunction is a final judgment with respect to all matters that have been asserted by Tervis in this Action.

12. Tervis and GHP hereto consent to the continued jurisdiction of this Court for the purpose of enforcing the terms and conditions of this Consent Judgment and Permanent Injunction and for any other purposes relevant to this Action.

| CAESAR RIVISE, PC | GOURMET HOME PRODUCTS LLC |
|---|---|
| /s/ R Touhey Myer<br>R Touhey Myer (#5939)<br>800 N. King Street - Suite 304<br>Wilmington, DE 19801<br>302-544-9100 (P)<br>302-544-9103 (F)<br>tmyer@crbcp.com<br><br>*Attorneys for Plaintiff*<br>*Tervis Tumbler Company, Inc.*<br><br>OF COUNSEL<br><br>Manny D. Pokotilow (PA I.D. No.13310)<br>(*pro hac vice admission anticipated*)<br>CAESAR RIVISE, PC<br>1635 Market Street<br>7 Penn Center – 12th Floor<br>Philadelphia PA 19103-2212<br>215-567-2010 (P)<br>215-751-1142 (F)<br>mpokotilow@crbcp.com | Jack Saadeh, President<br>347 5th Avenue, #505<br>New York City, NY  10016<br>212-213-5100, ext. 12 (P)<br>212-213-5188 (F)<br>jsaadeh@gourmethomeproducts.com |

## ORDER

AND NOW, this 14th day of July, 2016, having reviewed the foregoing Consent Judgment and Permanent Injunction, and finding that the Consent Judgment and Permanent Injunction is proper in form and a suitable and proper disposition of this Action,

IT IS SO ORDERED. The Clerk of the Court shall enter the Consent Judgment and Permanent Injunction in this matter pursuant to Rule 58 of the Federal Rules of Civil Procedure.

BY THE COURT:

_____
HONORABLE GREGORY M. SLEET
UNITED STATED DISTRICT COURT JUDGE